IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| KEVIN JEROME JOHNSON, #227485, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:10cv1001-MEF |
| | ) (WO) |
| DR. KURN, *et al.*, | ) |
| | ) |
| Defendants. | ) |

# **ORDER**

On September 2, 2011, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. (Doc. # 4). Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED and ADJUDGED that the Recommendation of the Magistrate Judge be and is hereby ADOPTED, and that this case be and is hereby DISMISSED without prejudice for the Plaintiff's failure to provide the court with necessary financial information in compliance with the orders of this court.

DONE this the 3rd day of October, 2011

/s/ Mark E. Fuller
UNITED STATES DISTRICT JUDGE